FILED

2016 Sep-21  AM 11:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## EASTERN DIVISION

| | | |
|---|---|---|
| VERSIAH M. TAYLOR, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case Number: 1:15-cv-01198-KOB-JHE |
| | ) | |
| WARDEN W.T. TAYLOR, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

## FINAL ORDER

In accordance with the contemporaneously filed Memorandum Opinion, the court **ORDERS**

that the petition for writ of habeas corpus be **DISMISSED**.

Costs are taxed as paid.

DONE and ORDERED this 21st day of September, 2016.

KARON OWEN BOWDRE
CHIEF UNITED STATES DISTRICT JUDGE